CHARLES J. HARDER (BAR NO. 184593)
NICHOLAS A. MERKIN (BAR NO. 219604)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1582
Telephone: (310) 478-4100
Facsimile: (310) 479-1422
Email: charder@wrslawyers.com
       nmerkin@wrslawyers.com

Attorneys for Plaintiffs/Judgment Creditors
GRASSHOPPER HOUSE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, et al., | Case No.: CV2:09-MC-00374 UA |
| Plaintiffs, | **DECLARATION OF NICHOLAS A. MERKIN IN SUPPORT OF APPLICATION FOR APPEARANCE AND EXAMINATION RE: ENFORCEMENT OF JUDGMENT** |
| v. | |
| ACCELERATED RECOVERY CENTERS, LLC, et al., | |
| Defendants. | [California Code of Civil Procedure § 708.160] |

I, Nicholas A. Merkin, declare:

1.  I am an individual currently residing in the County of Los Angeles, State of California, and am over 18 years of age. I am an associate with the law firm of Wolf, Rifkin, Shapiro, Schulman, Rabkin, LLP, attorneys for Grasshopper House, LLC, the plaintiffs/judgment creditors in the within action. I have personal knowledge of each fact contained in this declaration, and could, and would, testify competently thereto under oath, if called upon to do so. This declaration is submitted pursuant to California Code of Civil Procedure § 708.160.

///

-1-
DECLARATION OF NICHOLAS A. MERKIN IN SUPPORT OF APPLICATION FOR
APPEARANCE AND EXAMINATION RE: ENFORCEMENT OF JUDGMENT

I:\17875\004\Pleadings\Nick Merkin Declaration.wpd

1      2.     Attached hereto as Exhibit "A" and incorporated herein by reference is a true and correct copy of an Abstract of Judgment in the form prescribed by California Code of Civil Procedure § 674.

     3.     I am informed and believe that the place of business of Renaissance Malibu Foundation, the defendant/judgment debtor sought to be examined herein is 30553 Morning View Drive, Malibu, California 90265, which is within the judicial district of this Court. Attached hereto as Exhibit "B" and incorporated herein by reference is a true and correct copy of a printout from the internet, which I obtained on March 18, 2010 after conducting an internet search for the name "Renaissance Malibu Foundation" in Google, an internet search program. As set forth in Exibit "B," the address listing for "Renaissance Malibu" is listed as 30553 Morning View Drive, Malibu, California 90265.

     4.     Furthermore, attached hereto as Exhibit "C" and incorporated herein by reference is a true and correct copy of a printout from the website of the California Secretary of State, which I obtained on March 18, 2010, after conducting a search of said website for the name "Renaissance Malibu Foundation." As set forth in Exhibit "C," the address for the defendant/judgment debtor's agent for service of process is listed as 7083 Hollywood Boulevard, Suite 180, Los Angeles, California 90028 and the entity address is listed as 30101 Agoura Court, Lobby 3, Suite 130, Agoura Hills, California 91360, both of which are within the judicial district of this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on the 13th day of April 2010, at Los Angeles, California.

NICHOLAS A. MERKIN

-2-

DECLARATION OF NICHOLAS A. MERKIN IN SUPPORT OF APPLICATION FOR APPEARANCE AND EXAMINATION RE: ENFORCEMENT OF JUDGMENT

I:\17875\004\Pleadings\Nick Merkin Declaration.wpd