Name, Address and Phone number ......
Nicholas A. Merkin (SBN 219604)
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582
(310) 478-4100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company dba Passages Malibu, Passages Silver Strand, LLC, a California limited liability company<br>Plaintiff(s)<br><br>v.<br><br>ACCELERATED RECOVERY CENTERS, LLC, a Georgia limited liability company, Renaissance Malibu Foundation, a California non-profit corporation, and Baldwin Research Institute, Inc., a New York non-profit corporation,<br>Defendant(s) | CASE NUMBER<br><br>CV 2:09-MC-00374-UA<br>2:10-CV-02798-ABC (SH)<br><br>ORDER TO APPEAR FOR EXAMINATION RE:<br><br>X ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>X Judgment Debtor ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ☒ **GRANTED** ☐ **DENIED.**

TO:   RENAISSANCE MALIBU FOUNDATION
_(Name of person to Appear)_

**YOU ARE ORDERED TO APPEAR** personally before the Honorable _____ , to:

- furnish information to aid in enforcement of a money judgment against you.
- answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

Date of appearance: May 24 2010  Courtroom: 550 Time: 2:00 a.m./p.m.

Location of Appearance:
- ☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
- ☒ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
- ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
- ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

This Order may be served by a Marshal, sheriff, registered process server, **or the following, specially appointed person:** _____
_(Name of appointed process server)_

Date:  4-19-10

U.S. District Judge/U.S. Magistrate Judge